**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. 24-CR-00079-KD** |
| **v.** | * | |
| | * | |
| **OROLUA "MIKE" ELUONYECHIE** | * | |
| | * | |
| | * | |

### <u>MOTION FOR LEAVE OF COURT TO DISMISS INDICTMENT</u>

COMES NOW, the United States of America, by and through Sean P. Costello, The United States Attorney for the Southern District of Alabama, and files this motion for leave of Court to dismiss the charges set forth against the defendant Orolua Eluonyechie in the above styled case, pursuant to Federal Rule of Criminal Procedure 48(a).

The United States has undertaken a thorough review of this case and submits that it is the best interest of justice to dismiss the Indictment as to Orolua Eluonyechie. Accordingly, the United States respectfully request this Court grant this motion for leave to dismiss without prejudice the charges set out in the May 22, 2024, Indictment against Orolua Eluonyechie.

Respectfully submitted this 26th day of August 2024.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by:
*/s/John P. Hutchins, III*
John P. Hutchins, III
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845