**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )   **CRIMINAL ACTION: 1:24-00079-KD-N** |
| | ) |
| **OROLUA ELUONYECHIE** | ) |
| **a/k/a Mike,** | ) |
|     **Defendant.** | ) |

**ORDER**

This matter is before the Court on the United States of America's Motion for Leave of Court to Dismiss the Indictment without prejudice. (Doc. 39). As grounds, the United States asserts that "the United States has undertaken a thorough review of this case and submits that it is the best interest of justice to dismiss the Indictment as to Orolua Eluonyechie."

Upon consideration, and pursuant to Fed.R.Crim.P 48(a) through which the United States "may, with leave of court, dismiss an indictment, information or a complaint[,]" it is **ORDERED** that the motion (Doc. 39) is **GRANTED** and the indictment against Defendant Orolua Eluonyechie is hereby **DISMISSED** without prejudice. The defendant is hereby released from federal custody.

**DONE** and **ORDERED** this the **27th** day of **August 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

1